IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| KENNETH A. REED | ) Case No. 13 B 00696 |
| | ) Hon. JACK B. SCHMETTERER |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on March 7, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Kenneht A. Reed
1000 S. 8th Avenue
Harwood Heights, IL 60706

Law Solutions/Jason Allen Law, PLLC
79 W. Monroe St. - Fifth Floor
Chicago, IL 60603

Sprint Nextel
Attn: Bankruptcy Dept.
PO Box 7949
Overland Park, KS 66207-0949

Americredit Financial Services
dba GM Financial
PO Box 183853
Arlington, TX 76096

Capital One Bank (USA), NA
by American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083

American InfoSource LP
agent for Midland Funding
PO Box 268941
Oklahoma City, OK 73126-8941

Granite State Management & Resources
PO Box 3420
Concord, NH 03302-3420

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617
Chicago, IL 60608

                                  /s/ Allan J. DeMars
                                  Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603