# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KENNETH A. REED § Case No. 13-00696
§ Hon. JACK B. SCHMETTERER
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $106,464.50 *(without deducting any secured claims)* | Assets Exempt: $6,525.00 |
| Total Distributions to Claimants: $41,927.40 | Claims Discharged Without Payment: $62,077.89 |
| Total Expenses of Administration: $5,567.72 | |

3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $52,504.88 (see **Exhibit 2**), yielded net receipts of $47,495.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $19,920.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,567.72 | $5,567.72 | $5,567.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $87,571.89 | $41,667.80 | $41,667.80 | $41,927.40 |
| **TOTAL DISBURSEMENTS** | $107,491.89 | $47,235.52 | $47,235.52 | $47,495.12 |

4) This case was originally filed under chapter  7  on 01/09/2013 .
The case was pending for     52   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2017                              By: /s/ ALLAN J. DeMARS
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds from wrongful death suit of child | 1142-000 | $100,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KENNETH REED | surplus funds | 8200-002 | $52,504.88 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$52,504.88** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $19,920.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$19,920.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank/ Deluxe | 2600-000 | N/A | $50.52 | $50.52 | $50.52 |
| Allan J. DeMars | 2100-000 | N/A | $5,504.56 | $5,504.56 | $5,504.56 |
| Allan J. DeMars | 2200-000 | N/A | $12.64 | $12.64 | $12.64 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | | | $5,567.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sprint-Nextel | 7100-000 | $656.00 | $656.75 | $656.75 | $660.86 |
| 2 | Americredit Financial Serv. dba GM Financial | 7100-000 | $0.00 | $6,531.52 | $6,531.52 | $6,572.22 |
| 3 | Capital One Bank USA | 7100-000 | $711.00 | $633.46 | $633.46 | $637.41 |
| 4 | American InfoSource as agent | 7100-000 | $26,627.00 | $25,256.63 | $25,256.63 | $25,413.97 |
| 5 | American InfoSource as agent | 7100-000 | $0.00 | $596.64 | $596.64 | $600.34 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Granite State Mgmt & Resources for Dept of Education | 7100-000 | $0.00 | $6,670.54 | $6,670.54 | $6,712.11 |
| 7 | Jefferson Capital Systems | 7100-900 | $0.00 | $1,322.26 | $1,322.26 | $1,330.49 |
| | 11 scheduled with no claim filed | | $59,577.89 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $87,571.89 | $41,667.80 | $41,667.80 | $41,927.40 |

UST Form 101-7-TDR (10/1/2010)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 13-00696  
Case Name: KENNETH A. REED  
For Period Ending: 3/31/18  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 1/9/13 (F)  
§341(a) Meeting Date: 2/20/13  
Claims Bar Date: 7/8/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  16416 Coventry Lane, Crest Hill, IL | 85,511.50 | 0.00 | | | FA |
| 2  time share | 2,000.00 | 0.00 | | | FA |
| 3  checking account | 60.00 | 0.00 | | | FA |
| 4  savings account | 120.00 | 0.00 | | | FA |
| 5  furniture | 1,000.00 | 0.00 | | | FA |
| 6  books and pictures | 125.00 | 0.00 | | | FA |
| 7  term life insurance | 0.00 | 0.00 | | | FA |
| 8  clothing | 425.00 | 0.00 | | | FA |
| 9  tax refund | 0.00 | 0.00 | | | FA |
| 10  wrongful death/malpractice lawsuit on behalf of daughter | 25,000.00 | 100,000.00 | | 100,000.00 | FA |
| 11  2006 Dodge Ram | 16,448.00 | 0.00 | | | FA |
| 12  1998 Honda Valkyrie | 5,200.00 | 0.00 | | | FA |
| 13  tools | 2,100.00 | 0.00 | | | FA |
| TOTALS (Excluding unknown values) | | 100,000.00 | | 100,000.00 | |

(Total Dollar Amount in Column 6)

## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 13-00696  
Case Name: KENNETH A. REED  
Taxpayer ID#: xx-xxx0717  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: Associated Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking Acct#: xxxxxx2538  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Balance |
| 2/13/17 | Ref 10 | Powers, Rogers & Smith LLP | proceeds from wrongful death suit of Khloe Reed | 1142-000 | 100,000.00 | | 100,000.00 |
| 2/14/17 | | Associated Bank | service charge | 2600-000 | | 15.00 | 99,985.00 |
| 2/15/17 | | Associated Bank | reversal of service charge | 2600-000 | | (15.00) | 100,000.00 |
| 2/16 /17 | | Associated Bank/ Deluxe | check printing charges | 2600-000 | | 50.52 | 99,949.48 |
| 3/14/17 | | Associated Bank | service charge | 2600-000 | | 15.00 | 99,934.48 |
| 4/4/17 | | Associated Bank | reversal of service charge | 2600-000 | | (15.00) | 99,949.48 |
| 4/6/17 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 5,504.56 | 94,444.92 |
| 4/6/17 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 12.64 | 94,432.28 |
| 4/6/17 | Check 1003 | Sprint-Nextel | 726(a)(2) 100% plus interest; one check issued | 7100-000 7990-000 | | 656.75 4.11 660.86 | 93,771.42 |
| 4/6/17 | Check 1004 | Americredit Financial Services dba GM Financial | 726(a)(2) 100% plus interest; one check issued | 7100-000 7990-000 | | 6,531.52 40.70 6,572.22 | 87,199.20 |
| 4/6/17 | Check 1005 | Capital One Bank USA | 726(a)(2) 100% plus interest; one check issued | 7100-000 7990-000 | | 633.46 3.95 637.41 | 86,561.79 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 4/6/17 | Check 1006 | American InfoSource LP as agent | 726(a)(2) 100% plus interest; one check issued | 7100-000 7990-000 | | 25,256.63 <u>157.34</u> 25,413.97 | 61,147.82 |
| 4/6/17 | Check 1007 | American InfoSource LP as agent | 726(a)(2) 100% plus interest; one check issued | 7100-000 7990-000 | | 596.64 <u>3.70</u> 600.34 | 60,547.48 |
| 4/6/17 | Check 1008 | Granite State Mgmt & Resources on behalf of Dept of Education | 726(a)(2) 100% plus interest; one check issued | 7100-000 7990-000 | | 6,670.54 <u>41.57</u> 6,712.11 | 53,835.37 |
| 4/6/17 | Check 1009 | Jefferson Capital Systems LLC | 726(a)(2) 100% plus interest; one check issued | 7100-900 7990-000 | | 1,322.26 <u>8.23</u> 1330.49 | 52,504.88 |
| 4/6/17 | Check 1010 | Kenneth A. Reed | surplus to debtor | 8200-002 | | 52,504.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 100,000.00 | 100,000.00 | 0.00 |
| Less: Bank transfers/CD Subtotal | | | |
| Less: Payments to debtor(s) | 52,504.88 | 52,504.88 | |
| Net | 47,495.12 | 47,495.12 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# xxxxxx2538 | 47,495.12 | 47,495.12 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 47,495.12 | 47,495.12 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |